MARGARET LEHRKIND
SBCA # 314717
Lehrkind Law Office, P.C.
2625 Alcatraz Ave, # 208
Berkeley, CA 94705
Tel: 510-590-1907
Margaret@LehrkindLawOffice.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIELKA A. SCHOPPE-ESCOBAR,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant | Case No.: 2:24-cv-00142-AC<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

　　　The parties, through their attorneys of record, hereby stipulate, subject to the Court's approval, to extend the time allowed for the Plaintiff to file her motion for summary judgment to August 13, 2024.

　　　Good cause exists for this request.  Plaintiff's motion for summary judgment was due on May 10, 2024.  She was proceeding in this case *pro se* and missed her deadline for filing her motion for summary judgment.  On June 5, 2024, the Court issued an Order to Show Cause for failing to file her motion for summary judgment (Dkt. No. 13).  On June 12, 2024, Plaintiff mailed her response to the Court's Order.  Also on June 12, 2024, Plaintiff contacted me for the first time to seek representation in this matter.  I agreed to represent her, and on June 13, 2024, I

STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT - 1

submitted a Notice of Appearance to be added as Plaintiff's attorney (Dkt. No. 14).  I am now requesting a 95-day extension of time to file Plaintiff's motion for summary judgment in this case, which would change the due date of her motion for summary judgment to August 13, 2024.

      The additional time will allow me to get up to speed on Plaintiff's complete administrative record, which is 1302 pages long.  Also, I have a pre-planned vacation in July and other competing work deadlines in June and July.  On June 13, 2024, Defendant's counsel agreed to stipulate to Plaintiff's request for an extension of time.

      Based on the foregoing, Plaintiff's counsel requests that the court grant her request for an extension of time.

DATE:  June 13, 2024                             Respectfully submitted,

By:    */s/ Margaret Lehrkind*
       Margaret Lehrkind
       SBCA # 314717
       2625 Alcatraz Ave, # 208
       Berkeley, CA 94705
       Tel: 510-590-1907
       Margaret@LehrkindLawOffice.com

By:    */s/ Christopher Vieira*
       Office of the General Counsel, SSA
       Office of Program Litigation, Office 7
       Social Security Administration
       6401 Security Boulevard
       Baltimore, MD 21235
       510-970-4808
       Email: christopher.vieira@ssa.gov

STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT - 2

**IT IS SO ORDERED:**

Date: June 14, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT - 3